UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ANDRE ARQUER,

                                   Plaintiff,

-against-

THE CITY OF NEW YORK and JOHN/JANE DOE 1 through 6
(representing unidentified officers employed by the New York
City Department of Corrections), sued individually and in their
official capacities,

                                   Defendants.

**NOTICE OF APPEARANCE**

07 CV 6344 (DLC)

     **PLEASE TAKE NOTICE** that **Craig Hanlon**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, effective August 1, 2007.

Dated: New York, New York
         August 1, 2007

                                                MICHAEL A. CARDOZO
                                                Corporation Counsel, City of New York
                                                Attorney for Defendants
                                                100 Church Street, Room 3-198
                                                New York, New York 10007
                                                (212) 788-1580

                                                By: _____
                                                Craig Hanlon (CH 5679)
                                                Assistant Corporation Counsel
                                                Special Federal Litigation Division

To:    Izabel Olszowa Garcia, Esq.
         Attorney for Plaintiff
         26 Court Street, Suite 1815
         Brooklyn, NY 11242

Index No.     07 CV 6344 (DLC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE ARQUER,

Plaintiff,

-against-

THE CITY OF NEW YORK and JOHN/JANE DOE 1 through 6 (representing unidentified officers employed by the New York City Department of Corrections), sued individually and in their official capacities,

Defendants.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant*

*100 Church Street*
*New York, N.Y. 10007*
*Of Counsel: Craig Hanlon*

*Tel: (212) 788-1580*
NYCLIS No.

*Due and timely service is hereby admitted.*

*New York, N.Y. ..............................................,2007*

*....................................................................Esq.*

*Attorney for City of New York*

2