```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
ANDRE ARQUER,                         :
                    Plaintiff,        :    07 CIV. 6344 (DLC)
                                      :
        -v-                           :    PRETRIAL
                                      :    SCHEDULING ORDER
THE CITY OF NEW YORK and JOHN/JANE DOE :
1 through 6 (representing unidentified :
officers employed by the New York City :
Department of Corrections), sued      :
individually and in their official    :
capacities,                           :
                    Defendants.       :
                                      :
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

DENISE COTE, District Judge:

   As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on October 12, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **October 19, 2007**.

2.  The plaintiff shall provide his medical release forms to the defendants by **October 19, 2007**.

3.  The parties are instructed to contact the chambers of Magistrate Judge Eaton prior to **January 25, 2008** in order to pursue settlement discussions under his supervision.

4.  All fact discovery must be completed by **March 28, 2008**.

5.  Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **March 28, 2008**. Defendants' identification of experts and disclosure of expert testimony must occur by **April 18, 2008**.

6.  All expert discovery must be completed by **May 16, 2008**.

7.  The Joint Pretrial Order must be filed by **June 20, 2008**.

1

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         October 12, 2007

                          _____
                              DENISE COTE
                          United States District Judge