UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANDRE ARQUER,

              Plaintiff,

    -v-

THE CITY OF NEW YORK and JOHN/JANE DOE 1 through 6 (representing unidentified officers employed by the New York City Department of Corrections), sued individually and in their official capacities,

              Defendants.

------------------------------------------------------------------X

07 CIV. 6344 (DLC) (DFE)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute*  _____  _____ | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction  Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)  Particular Motion: _____  _____ |

\*   Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:    New York, New York
              October 15, 2007

                                                                   _____
                                                                   DENISE COTE
                                                                   United States District Judge