UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ANDRE ARQUER,

                              Plaintiffs,

          -against-

THE CITY OF NEW YORK AND JOHN/JANE DOE # 1-6,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

07 Civ. 6344 (DLC)

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:      New York, New York
                January 14, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                          City of New York
                                        *Attorney for Defendants*
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 788-0786

                                  By:            /s/
                                        Michael K. Gertzer

TO:    Izabel Olszawa Garcia (by ECF)