```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

ANDRE ARQUER,

                        Plaintiff,

     -against-

THE CITY OF NEW YORK, et al.,

                        Defendants.

-------------------------------------------------------------------- X

**ORDER**

**07 CV 6344 (DLC)(DFE)**

DENISE L. COTE, United States District Judge

    Upon application of Plaintiff and with Defendant's consent:

    IT IS HEREBY ORDERED that

    Fact discovery deadline is extended to May 15, 2008. Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., must occur by 5/15/08. Defendant's identification of experts and disclosure of expert testimony must occur by 7/15/08. All expert discovery due by 8/15/08. Joint Pretrial Order due by 9/20/08.

SO ORDERED this 19th day of March, 2008
New York, New York

                                   _____
                                   The Honorable Denise L. Cote