```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

ANDRE ARQUER,

                                    Plaintiff,

                 -against-

THE CITY OF NEW YORK, et al.,

                                    Defendants.

------------------------------------------------------------------ X

**STIPULATION AND ORDER**

**07 CV 6344 (DLC)(DFE)**

        IT IS HEREBY STIPULATED AND ORDERED that plaintiff's request for leave to file an amended complaint and join additional parties is granted until April 14, 2008. Defendant shall have 30 days from the service of the amended complaint to file its answer, or otherwise respond.

_____
Izabel Olszowa Garcia (IG 2844)
Law Office of Izabel Olszowa Garcia
Attorney for Plaintiff
26 Court Street, Suite 1815
Brooklyn, New York 11242
(718) 855-4835

_____
Michael K. Gertzer (MG     )
Assistant Corporation Counsel
Attorney for Defendants
100 Church Street
New York, New York 10007
(212) 788-0786

SO ORDERED this 19th day of March, 2008
New York, New York

_____
The Honorable Denise L. Cote